MELINDA S. RIECHERT, State Bar No. 65504
KATHRYN M. DANCISAK, State Bar No. 259392
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendant
ARAMARK Sports, LLC (improperly named as
ARAMARK CORPORATION)

STEVEN PAUL COHN, State Bar No. 96808
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, CA 95126
Tel: 408.557.0300
Fax: 408.557.0309
E-mail: spcohnlaw@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT NGUYEN-PHOUC,<br><br>                    Plaintiff,<br><br>vs.<br><br>ARAMARK CORPORATION; and DOES 1 THROUGH 50, inclusive;<br><br>                    Defendants. | Case No. C 09-04879 JW<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE |

   Plaintiff Albert Nguyen-Phouc ("Plaintiff") and Defendant ARAMARK Sports, LLC ("ARAMARK") (improperly named as ARAMARK Corporation), the parties to the above-entitled action (collectively referred to herein as the "Parties"), submit this Stipulation to the Court:

## STIPULATION

   WHEREAS, on January 20, 2010, the Court issued an Order Selecting ADR Process in the above-entitled action ("Order");

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21580679.1

1

STIPULATION AND [PROPOSED] ORDER
MODIFYING ADR DEADLINE
CASE NO. C 09-04879 JW

1   WHEREAS, the Court's Order approved the stipulation between the Parties to participate in an Early Neutral Evaluation;

2   WHEREAS, according to the Court's Order, the deadline for the Parties to hold an Early Neutral Evaluation is 90 days from the date of the order, or April 20, 2010;

3   WHEREAS, the initial Case Management Conference is set for April 26, 2010;

4   WHEREAS, the Parties will not have sufficient time to complete initial written discovery and depositions before the currently scheduled deadline to participate in an Early Neutral Evaluation;

5   WHEREAS, on March 2, 2010, the Parties participated in a pre-Evaluation telephone conference with the assigned Evaluator, during which the Parties and the Evaluator agreed that it would be beneficial for settlement purposes if the Parties completed Plaintiff's deposition prior to participating in an Early Neutral Evaluation;

6   WHEREAS, the Parties and the assigned Evaluator set the Early Neutral Evaluation for May 5, 2010, pending the Court's approval of the extension of the deadline to participate in the Early Neutral Evaluation;

7   WHEREAS, the Parties have not previously requested any extensions of the deadlines set forth in the Court's Order; and

8   WHEREAS, for good cause and to promote settlement and avoid prejudice that would result to both Parties if the deadline to participate in an Early Neutral Evaluation is not revised, the Parties jointly request an extension of the deadline to participate in an Early Neutral Evaluation set forth in the Court's Order;

NOW, THEREFORE, Plaintiff and ARAMARK, through their undersigned respective counsel, stipulate and request that the Court approve the following revised deadline:

5/20/2010   Last day for Parties to participate in an Early Neutral Evaluation

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadline in this action as described herein.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21580679.1

2

STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE
CASE NO. C 09-04879 JW

Dated: March 5, 2010

ADVOCACY CENTER FOR
EMPLOYMENT LAW

By /s/
Steven P. Cohn
Attorneys for Plaintiff
ALBERT NGUYEN-PHOUC

Dated: March 5, 2010

MORGAN, LEWIS & BOCKIUS LLP

By /s/
Kathryn M. Dancisak
Attorneys for Defendant
ARAMARK Sports, LLC (improperly named as ARAMARK Corporation)

## ORDER

In light of the foregoing STIPULATION of the Parties and good cause appearing, the Court ORDERS the following revised deadline in this case:

5/20/2010    Last day for Parties to participate in an Early Neutral Evaluation

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadline in this action as described herein.

Dated: March 12, 2010

/s/ James Ware
Hon. James Ware
United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21580679.1

3

STIPULATION AND [PROPOSED] ORDER
MODIFYING ADR DEADLINE
CASE NO. C 09-04879 JW