STEVEN P. COHN, ESQ.  SBN 96808
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, CA 95126
Telephone (408) 557-0300
Facsimile: (408) 557-0309

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT NGUYEN-PHOUC,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK CORPORATION; and DOES 1 THROUGH 50, inclusive;<br><br>Defendants | Case No. C 09-04879 JW<br><br>STIPULATION TO DISMISS CASE AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective counsel that this case be dismissed with prejudice.

Dated: June 9, 2010                 ADVOCACY CENTER FOR EMPLOYMENT LAW

By: _____
STEVEN P. COHN, ESQ.
Attorneys for Plaintiff

Dated: June 14, 2010                MORGAN, LEWIS & BOCKIUS LLP

By: _____
MELINDA S. RIECHERT, ESQ.
Attorneys for Defendant

**[PROPOSED] ORDER**

Having considered the foregoing stipulation,

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice.

IT IS FURTHER ORDERED that the clerk of this court be, and hereby is, directed to enter judgment forthwith in accordance with this Order.

IT IS SO ORDERED. The Clerk shall close this file.

Dated: June 21, 2010

*James Ware*
United States District Court Judge

---

Stipulation to Dismiss Case and [Proposed] Order
Case No. C 09-04879 JW
Page 2